UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ADRIANNE RICKSON,

                                 Plaintiff,

                    v.

ALBANY-SCHOHARIE-SCHENECTADY-
SARATOGA BOARD OF COOPERATIVE
EDUCATIONAL SERVICES, LAUREN
GEMMILL, as District Superintendent of
ALBANY-SCHOHARIE-SCHENECTADY-
SARATOGA BOARD OF COOPERATIVE
EDUCATIONAL SERVICES, NAOMI
HOFFMAN, as President of the Board of Education
of the ALBANY-SCHOHARIE-SCHENECTADY-
SARATOGA BOARD OF COOPERATIVE
EDUCATIONAL SERVICES and JOHN DOE #1-
#100 representing all board members,
administrators, employees, agents and assigns of
ALBANY-SCHOHARIE-SCHENECTADY-
SARATOGA BOARD OF COOPERATIVE
EDUCATIONAL SERVICES who by act or
omission to act participated in the Wrongful
Termination of Plaintiff's employment and
associated wrongful taking of her property rights
and denial of her due process rights

                                 Defendants.
_____

**NOTICE OF MOTION**

Civil Action No.

1:25-cv-667-AMN-DJS

       **PLEASE TAKE NOTICE**, that for the reasons set forth in the Declaration of Kate I. Reid, Esq., with Exhibits "1" through "5"; and the Memorandum of Law in Support of Defendants, ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, LAUREN GEMMILL, as District Superintendent of ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, NAOMI HOFFMAN, as President of the Board of Education of the ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL

21985117.v1

SERVICES ("Defendants") Motion to Dismiss, Defendants will move this court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint in its entirety. Plaintiff's opposition to the motion, if any, must be filed and served no more than twenty-one days after service of this motion pursuant to Local Rule 7.1(a)(2). Defendants intend to serve and file papers in reply.

Dated: July 16, 2025

BOND, SCHOENECK & KING, PLLC

By: _____
Kate I. Reid, Esq. (517408)
Howard M. Miller (507891)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: 315.218.8000
Email:   kreid@bsk.com
         millerh@bsk.com

*Attorneys for Defendants*

TO:   Matthew J. Mann, Esq.
      Mann Law Firm, P.C.
      426 Troy Schenectady Road
      Latham, New York 12110
      Telephone: (518) 785-3300
      Email: mmann@mannlawpc.com

      *Attorneys for Plaintiff*

21985117.v1