UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ADRIANNE RICKSON,

                              Plaintiff,

                     v.

ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, LAUREN GEMMILL, as District Superintendent of ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, NAOMI HOFFMAN, as President of the Board of Education of the ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES and JOHN DOE #1-#100 representing all board members, administrators, employees, agents and assigns of ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES who by act or omission to act participated in the Wrongful Termination of Plaintiff's employment and associated wrongful taking of her property rights and denial of her due process rights

                              Defendants.

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Civil Action No.

1:25-cv-667-AMN-DJS

_____

        Kate I. Reid, Esq. declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.       I am an attorney licensed to practice law in the State of New York and a Member (Partner) of Bond, Schoeneck & King, PLLC, counsel for Defendants ("BOCES" or "Defendants") in this action.

2. I make this Declaration in support of Defendants' motion to dismiss the Complaint in this action. Attached to this Declaration are several documents for which Defendants respectfully request that the Court take judicial notice. All these records pertain to prior final, administrative and/or judicial proceedings involving the BOCES and Plaintiff.

3. On July 7, 2022, New York State's Commissioner of Education issued a Decision and Order in a proceeding brought by Plaintiff against the BOCES pursuant to Section 310 of the New York State Education Law. This decision and order was unappealed by either party and is final. A true and accurate copy of the decision and order is attached as **Exhibit 1.**

4. On November 22, 2022, New York State's Commissioner of Education issued a Decision and Order in a different proceeding brought by Plaintiff against the BOCES pursuant to Section 310 of the New York State Education Law. This Decision and Order overturned BOCES' decision to terminate Plaintiff's probationary appointment as a criminal justice teacher and ordered BOCES to reinstate Plaintiff. A true and accurate copy of the decision and order is attached as **Exhibit 2.**

5. BOCES appealed the November 22, 2023 Commissioner's decision to New York State Supreme Court, Albany County, pursuant to Article 78 of the New York CPLR. On July 27, 2023, New York State Supreme Court, Albany County issued a Decision and Order affirming the Commissioner's decision and dismissing BOCES' Article 78 petition. A true and accurate copy of this decision and order is attached as **Exhibit 3.**

6. In or about January 2024, BOCES again terminated Plaintiff's employment. Plaintiff challenged this termination by filing another appeal with the Commissioner of Education pursuant to Section 310 of the New York State Education Law. On May 20, 2024, the Commissioner issued a decision and order in which the Commissioner found that BOCES'

(second) termination of Plaintiff was lawful and dismissed Plaintiff's petition. A true and accurate copy of this decision and order is attached as **Exhibit 4.** Neither party appealed this decision pursuant to Article 78 and Plaintiff's deadline to appeal has now long expired.

7. Prior to dismissing Plaintiff in January 2024, BOCES appealed the July 27, 2023 decision and order issued by Supreme Court, Albany County to the Appellate Division, Third Department. On January 2, 2025, the Appellate Division dismissed BOCES appeal on the grounds that BOCES' subsequent termination of Plaintiff's employment in January 2024 rendered moot the proceeding pertaining to the earlier termination decision. A true and accurate copy of this decision and order is attached as **Exhibit 5.**

Dated: July 16, 2025                                     BOND, SCHOENECK & KING, PLLC

By: _____
Kate I. Reid, Esq. (517408)

21985268.v2