UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ADRIANNE RICKSON,

                     Plaintiff,

      v.

ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, LAUREN GEMMILL, as District Superintendent of ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, NAOMI HOFFMAN, as President of the Board of Education of the ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES and JOHN DOE #1-#100 representing all board members, administrators, employees, agents and assigns of ALBANY-SCHOHARIE-SCHENECTADY-SARATOGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES who by act or omission to act participated in the Wrongful Termination of Plaintiff's employment and associated wrongful taking of her property rights and denial of her due process rights

                     Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.

1:25-cv-667-AMN-DJS

      I hereby certify that on July 16, 2025, I electronically filed the foregoing Notice of Motion; Declaration of Kate I. Reid, Esq., with Exhibits "1" through "5"; and Defendants' Memorandum of Law with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

                    Matthew J. Mann, Esq.
                    Mann Law Firm, P.C.
                    426 Troy Schenectady Rd
                    Latham, New York 12110
                  Email: mmann@mannlawpc.com

21986766.v1

By: _____
Kate I. Reid, Esq. (517408)